

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-18-00413-CV

Bill **SEMMLER** as Representative of Marynell Semmler,
Appellants

v.

John R. **LANDER** and Kimberly Lander,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-09-0838-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court